# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Haiying Liu,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　Defendants. | Case No.: 4:25-cv-1220 |

## **EXHIBIT A – SEALED DOCUMENT**

　　　This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit A will be filed separately under seal and will remain under seal until further order of this court.